**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HOUSE, ANDREW S § Case No. 11-80711
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $14,040.00 *(without deducting any secured claims)* | Assets Exempt: $9,395.00 |
| Total Distribution to Claimants: $3,545.54 | Claims Discharged Without Payment: $20,366.88 |
| Total Expenses of Administration: $1,192.57 | |

3) Total gross receipts of $ 4,738.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,738.11 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,192.57 | 1,192.57 | 1,192.57 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 24,191.00 | 23,912.42 | 23,912.42 | 3,545.54 |
| **TOTAL DISBURSEMENTS** | $24,191.00 | $25,104.99 | $25,104.99 | $4,738.11 |

    4) This case was originally filed under Chapter 7 on February 24, 2011. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2011          By: /s/STEPHEN G. BALSLEY
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mutual Fund American Mutual PO Box 25065 Santa A | 1129-000 | 3,624.00 |
| Mutual Fund Lord Abbott PO Box 21933 Kansas City | 1129-000 | 600.00 |
| 2010 Tax Refund | 1124-000 | 514.00 |
| Interest Income | 1270-000 | 0.11 |
| **TOTAL GROSS RECEIPTS** | | **$4,738.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,181.85 | 1,181.85 | 1,181.85 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.21 | 5.21 | 5.21 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | | N/A | 5.51 | 5.51 | 5.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 1,192.57 | 1,192.57 | 1,192.57 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 17,233.00 | 16,883.65 | 16,883.65 | 2,503.37 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 2,547.00 | 2,578.54 | 2,578.54 | 382.33 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 4,411.00 | 4,450.23 | 4,450.23 | 659.84 |
| NOTFILED | Zwicker & Associates PC | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 24,191.00 | 23,912.42 | 23,912.42 | 3,545.54 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-80711  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** HOUSE, ANDREW S  **Filed (f) or Converted (c):** 02/24/11 (f)
  **§341(a) Meeting Date:** 03/31/11
**Period Ending:** 12/12/11  **Claims Bar Date:** 07/22/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash in Debtor(s) possession | 40.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account Harris Bank (X4794) 111 W. Monr | 2,265.00 | 0.00 | DA | 0.00 | FA |
| 3 | Security Deposit held by Landlord Great Oaks Apa | 210.00 | 0.00 | DA | 0.00 | FA |
| 4 | Small Household Appliances at Debtor(s) Residenc | 180.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Furniture at Debtor(s) Residence: (Liv | 220.00 | 0.00 | DA | 0.00 | FA |
| 6 | Audio & Video Equipment at Debtor(s) Residence: | 320.00 | 0.00 | DA | 0.00 | FA |
| 7 | Carpentry Tools | 40.00 | 0.00 | DA | 0.00 | FA |
| 8 | Antiques $40; CD/DVs $300; Books $40; Decoration | 455.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothing at Debtor(s) Residence | 400.00 | 0.00 | DA | 0.00 | FA |
| 10 | Jewelry | 70.00 | 0.00 | DA | 0.00 | FA |
| 11 | Photo Equipment $30; Luggage $40 | 70.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term Life Insurance through Employer $32,000 pay | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 401K JP Morgan Chase 500 Stanton Christiana Rd. | 2,595.00 | 0.00 | DA | 0.00 | FA |
| 14 | Mutual Fund American Mutual PO Box 25065 Santa A | 3,600.00 | 3,600.00 | DA | 3,624.00 | FA |
| 15 | Mutual Fund Lord Abbott PO Box 21933 Kansas City | 600.00 | 600.00 | DA | 600.00 | FA |
| 16 | 2010 Tax Refund | 50.00 | 0.00 | DA | 514.00 | FA |
| 17 | 2005 Kia Rio (55,000 Miles; Average Condition) | 2,925.00 | 445.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.11 | FA |
| 18 | Assets   Totals (Excluding unknown values) | **$14,040.00** | **$4,645.00** | | **$4,738.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 22, 2011     **Current Projected Date Of Final Report (TFR):**   August 4, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-80711  
**Case Name:** HOUSE, ANDREW S  

**Taxpayer ID #:** **-***4167  
**Period Ending:** 12/12/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-65 - Money Market Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/11 |  | Andrew S. House | Non-exempt interest in various assets |  | 4,738.00 |  | 4,738.00 |
|  | {14} |  | Proceeds from  3,624.00<br>non-exempt American<br>Funds balance | 1129-000 |  |  | 4,738.00 |
|  | {15} |  | Proceeds from  600.00<br>non-exempt Lord Abbott<br>balance | 1129-000 |  |  | 4,738.00 |
|  | {16} |  | Proceeds from  514.00<br>non-exempt tax refund | 1124-000 |  |  | 4,738.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 |  | 4,738.04 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #11-80711 | 2300-000 |  | 5.21 | 4,732.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 |  | 4,732.86 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 |  | 4,732.90 |
| 08/01/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 5.51 | 4,727.39 |
| 08/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.00 |  | 4,727.39 |
| 08/04/11 |  | To Account #9200******5166 | Transfer funds from MMA to Checking Account | 9999-000 |  | 4,727.39 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | 4,738.11 | 4,738.11 | $0.00 |
|  |  | Less: Bank Transfers |  |  | 0.00 | 4,727.39 |  |
|  |  | **Subtotal** |  |  | 4,738.11 | 10.72 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$4,738.11** | **$10.72** |  |

{} Asset reference(s)

Printed: 12/12/2011 01:49 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-80711  
**Case Name:** HOUSE, ANDREW S  

**Taxpayer ID #:** **-***4167  
**Period Ending:** 12/12/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-66 - Checking Account  
**Blanket Bond:** $373,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/11 | | From Account #9200******5165 | Transfer funds from MMA to Checking Account | 9999-000 | 4,727.39 | | 4,727.39 |
| 09/21/11 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,181.85, Trustee Compensation; Reference: | 2100-000 | | 1,181.85 | 3,545.54 |
| 09/21/11 | 102 | Discover Bank | Dividend paid 14.82% on $16,883.65; Claim# 1; Filed: $16,883.65; Reference: | 7100-000 | | 2,503.37 | 1,042.17 |
| 09/21/11 | 103 | Capital One Bank (USA), N.A. | Dividend paid 14.82% on $2,578.54; Claim# 2; Filed: $2,578.54; Reference: | 7100-000 | | 382.33 | 659.84 |
| 09/21/11 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 14.82% on $4,450.23; Claim# 3; Filed: $4,450.23; Reference: | 7100-000 | | 659.84 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 4,727.39 | 4,727.39 | $0.00 |
| | | Less: Bank Transfers | | | 4,727.39 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 4,727.39 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$4,727.39** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******51-65** | 4,738.11 | 10.72 | 0.00 |
| **Checking # 9200-******51-66** | 0.00 | 4,727.39 | 0.00 |
| | $4,738.11 | $4,738.11 | $0.00 |

{} Asset reference(s)

Printed: 12/12/2011 01:49 PM   V.12.57